UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FIBER MORENO,

    Plaintiff,

v.                               Case No:

REGIONS BANK,

    Defendant.

_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, FIBER MORENO ("Plaintiff"), hereby sues Defendant, REGIONS BANK ("Defendant"), and states as follows:

**INTRODUCTION**

1. This is an action brought pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et. seq.* ("FLSA"), to recover unpaid overtime compensation owed to Plaintiff.

2. Pursuant to § 216(b) of the FLSA, Plaintiff seeks overtime compensation, liquidated damages, and attorneys' fees and costs from Defendant for its willful violations of the overtime provisions of the FLSA.

**JURISDICTION, VENUE AND PARTIES**

3. This Court has original jurisdiction over Plaintiff's claims arising under the FLSA pursuant to 28 U.S.C. § 1331.

4. Venue is appropriate in the United States District Court for the Middle District of

Florida, Tampa Division, pursuant to 28 U.S.C. § 1391, as the events giving rise to Plaintiff's claims occurred in Polk County, Florida.

5. Defendant is a foreign corporation that conducts business in, among other places, Polk County, Florida and is subject to the requirements of the FLSA.

6. Plaintiff was an employee of Defendant pursuant to 29 U.S.C. § 203(e)(1), Defendant was Plaintiff's employer within the meaning of 29 U.S.C. § 203(d), and Defendant employed Plaintiff within the meaning of 29 U.S.C. § 203(g).

## GENERAL ALLEGATIONS

7. Defendant employed Plaintiff to work at its branch location in Lakeland, Florida.

8. Plaintiff was paid on a hourly basis throughout his employment with Defendant and was not "exempt" from the overtime provisions of the FLSA.

9. Plaintiff regularly worked in excess of forty (40) hours a workweek while employed by Defendant.

10. Despite regularly working in excess of forty (40) hours a workweek, Defendant did not pay Plaintiff overtime compensation as required by the FLSA.

11. Plaintiff has retained the services of Shankman, Leone & Westerman, P.A. and is obligated to pay his legal counsel a reasonable fee for their services.

## COUNT I

### (Violations of the FLSA against Defendant)

12. Plaintiff hereby incorporates by reference the allegations contained in paragraphs 1 through 11 as if fully restated herein.

13. Defendant's failure to pay Plaintiff overtime compensation for hours worked over

forty (40) in any workweek constitutes a violation of § 207 of the FLSA.

14. Defendant's violations of the FLSA were knowing, willful, and in reckless disregard of the rights of Plaintiff.

15. Plaintiff hereby demands a trial by jury on all issues so triable.

WHEREFORE, Plaintiff respectfully requests this Court to issue an Order awarding damages in the amount of the unpaid overtime compensation owed to him, awarding liquidated damages pursuant to 29 U.S.C. § 216(b), awarding reasonable attorneys' fees and costs pursuant to 29 U.S.C. § 216(b), and awarding all such other relief as the Court deems just and appropriate.

SHANKMAN, LEONE & WESTERMAN, P.A.

_____
Matthew D. Westerman
Florida Bar No. 0175404
mwesterman@slw-law.com
609 East Jackson Street, Suite 100
Tampa, Florida 33602
Phone: (813) 223-1099
Fax: (813) 223-1055
Attorney for Plaintiff