UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FIBER MORENO,

    Plaintiff,

v.                                                    CASE NO.: 8:09-cv-00930-SDM-TGW

REGIONS BANK,

    Defendant.

_____/

**ORDER**

The plaintiff Fiber Moreno sues (Doc. 1) under the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. (the "FLSA"), to recover overtime compensation. The parties move (Doc. 21) for approval of the proposed settlement. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350 (11th Cir. 1982); Dees v. Hydradry, Inc., __ F. Supp. 2d __, 2010 WL 1539813 (M.D. Fla. Apr. 19, 2010). The parties' previous settlement was rejected because it contained a pervasive release. (Doc. 20)

The parties state (a) that the settlement fully compensates the plaintiff for unpaid wages, and, (b) that the attached agreement includes every term and condition of the parties' settlement. The settlement agreement (Doc. 21-1) provides that the defendant will pay plaintiff $4,231.04 for lost wages and $4,231.04 for liquidated damages. The agreement also provides that the defendant will pay plaintiff's counsel $6,537.91 for fees and costs. The settlement agreement eliminates a previously agreed general release (Doc. 16-1) and substitutes a release of any and all claims plaintiff has arising out of or related to the payment of wages during his employment. (Doc. 21-1)

- 2 -

The parties' motion (Doc. 21) for approval of the settlement agreement is **GRANTED**, and the settlement agreement (Doc. 21-1) is **APPROVED**.  This action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to (1) terminate any pending motion and (2) close the case.

ORDERED in Tampa, Florida, on August 31, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE